Thomas Hutchinfon, Efqr., Chief Juftice.
Benja : Lynde,
John Cufhing,
Chambers Ruffell,
Peter Oliver,
} Efqrs., Juftices.

**WRENTHAM PROPRIETORS**
***v.***
**METCALF.**

## Wrentham Proprietors *verf.* Metcalf. (1)

Rec. 1763.
Fol. 17.

Proprietors of common and undivided Lands are incompetent Witneffes in a Suit where the Corporation is a Party.

IT was moved that fome of the Proprietors fhould be admitted Witneffes in this Cafe, who were not of the Committee who brought this Suit. 2 Lev. 231,* was cited, where *Scroggs, Ch. Juft.*,

* *Quære* of this Cafe. Theory of Evid. 105, 106, and 2 Lilly's Abr. 702. 1 Str. 575, 1069. Vid. 2 Lev. 236. 2 Sid. 109. 1 Vern. 154. 2 Vern. 317. Vid. Cun. Law Dict'y, Will.

(1) This was an aɛtion of ejeɛtment, originally brought in the Inferior Court againft Jofhua Daniels, who fuggefted that he held the premifes by deed of bargain and fale with warranty from Jonathan Metcalf, whom he prayed might be vouched in to defend the fuit, and who was fubfequently admitted for that purpofe. In the Superior Court the cafe was entitled as above.

Just., says, "that it ought not to be a general Rule "that Members of Corporations shall be admitted "or denied to be Witnesses in Actions for or against "their Corporations: But every Case stands upon "its own particular Circumstances, viz., whether "the Interest be so considerable as by Presumption "to produce Partiality or not."

In this Case at Bar it was objected that they were liable to Costs, and might each Member be taken for the Whole. A Guardian not admitted in Evidence in Favour of his Charge.

*Ruled*, that they be not admitted in this Case. *Ch. Just.* doubted whether in any Case, where the Interest was ever so small, if they were direct Plaintiffs they should be admitted. (2)

1763.

WRENTHAM
PROPRIETORS
*v.*
METCALF.

---

(2) The general rule seems to have been that only members of public or municipal, religious, and charitable corporations were competent witnesses in suits where the corporation was a party or interested. 1 Greenl. Evid. §§ 331, 333. The St. of 1792, c. 32, provided for the admissibility of members of any "town, district, precinct, parish or other religious incorporate society." Counties, school districts and mutual insurance companies were afterward added to the list. Rev. Sts. c. 94, § 54. St. 1850, c. 34. By the practice acts of 1851 and 1852, all incompetency from interest was removed, except in case of parties to suits; and finally, by Sts. 1856, c. 188, and 1857, c. 305, parties themselves have been admitted. Gen. Sts. c. 131, §§ 13, 14.